# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 14-01812-CJC(JCGx)                              Date:  July 30, 2015

Title: NAZIE AZAM, ET AL. V. JERRY BROWN, ET AL.

---

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                         None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TAKING DEFENDANTS' MOTIONS UNDER SUBMISSION**

      Having read and considered the papers presented by the parties, the Court finds these matters appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearings set for August 3, 2015 at 1:30 p.m. on Defendants' motions (Dkt. Nos. 29, 36, 76, 77, 80, 83, 88, 106, 117, and 140) are hereby vacated and off calendar.  The Court takes this matter under submission and will issue a decision on Defendants' motion forthwith.